# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DARRICK JORDAN and HULDA JORDAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, L.L.C.,<br><br>Defendant. | Case No. 08-C-0477 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiffs Darrick Jordan and Hulda Jordan, furnishes the following list in compliance with Local Rule 83.9:

1. Darrick Jordan

2. Hulda Jordan

3. Watton Law Group
   225 East Michigan Street
   Suite 550
   Milwaukee, WI  53202
   Phone: 414-273-6858

. . .


. . .

    4.    Siegel, Brill, Greupner, Duffy & Foster, P.A.,
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401
Phone: 612-339-1131

Dated: May 30, 2008

s/ Michael J. Watton

Michael J. Watton
Watton Law Group
225 East Michigan Street
Suite 550
Milwaukee, WI  53202
Phone: 414-273-6858
Fax:    414-273-6894
Email: mwatton@wattongroup.com

Jordan Lewis
Siegel, Brill, Greupner, Duffy & Foster, P.A.,
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401
Phone: 612-339-1131
Fax: 612-339-6591
Email: jordanlewis@sbgdf.com