AFFIDAVIT OF SERVICE ON CORPORATION

STATE OF WI                    DISTRICT      COURT      COUNTY

IN RE  : DARRICK JORDAN ET,AL -VS- OCWEN LOAN SERVICES LLC
CASE # : 08-C-0477

Being duly sworn on my oath, I, SCOTT CAYWOOD declare that
I am a resident of the state of wisconsin over the age of eighteen and not a
party to this action.

I served OCWEN LOAN SERVICING LLC
by leaving a true and correct copy of the
 : SUMMONS,COMPLAINT,CERTIFICATE OF INTEREST
with JOE VIVIANNI  \ CSC-AUTHORIZED TO RECEIVE
on 06/04/08 at 11:41AM
at 8040 EXCELSIOR DR #400  MADISON, WI  53717-

SCOTT CAYWOOD

State of Wisconsin, Milwaukee, County
Subscribed and sworn before me,

a Notary Public, on 06/04/08                                    Fee $55.00
My commission expires on 7/13/08
   Myhre Process Server * 740 N. Plankinton Ave #534 * Milwaukee, WI 53203
                          (414) 271-9574