UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DARRICK JORDAN AND HULDA JORDAN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

OCWEN LOAN SERVICING,

    Defendant.

**OCWEN LOAN SERVICING, LLC'S CERTIFICATE OF INTEREST**

08-c-0477

---

Pursuant to Local Rule 83.9, Ocwen Loan Servicing, LLC ("Ocwen"), discloses the following information.

1. Ocwen Loan Servicing, LLC is a limited liability company the sole member of which is Ocwen Financial Corporation, a publicly traded corporation.

2. Attorneys with the law firm Blommer Peterman S.C. have appeared for Ocwen in this case. Attorneys from the law firm O'Melveny & Myers LLP are expected to appear pursuant to motions to be admitted *pro hac vice*.

Dated: June 24, 2008

Respectfully submitted,

BLOMMER PETERMAN, S.C.

/s/ _____
By: Shannon K. Cummings
State Bar #1033710

13700 W. Greenfield Avenue
Brookfield, Wisconsin 53005
262-790-5719; 262-790-5721(fax)

ATTORNEYS FOR DEFENDANT
OCWEN LOAN SERVICING, LLC