UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

DARRICK JORDAN & HULDA JORDAN,
on behalf of themselves and all others
similarly situated,

Plaintiffs

vs.

OCWEN LOAN SERVICING,

Defendant.

CASE NO: 08-C-0477

AFFIDAVIT OF MAILING

---

STATE OF WISCONSIN )

WAUKESHA COUNTY  )

Shannon K. Cummings, being first duly sworn on oath, deposes and states that a copy of

the Notice of Appearance, Certificate of Interest and Answer was served on the 24th day of June,

2008 electronically or by first class mail, postage prepaid, to the following persons at the

following addresses:

Attorney Michael J. Watton
Watton Law Office
225 E. Michigan Street, Suite 550
Milwaukee, WI 53202

Attorney Jordan M. Lewis
Siegel, Brill, Greupner, Duffy & Foster
1300 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401

/s/
Shannon K. Cummings

Subscribed and sworn to before me
This 24th day of June, 2008

Nicholas R. Price
Notary Public
My commission expires: 10/9/20

NOTARY PUBLIC
NICHOLAS R.
PRICE
STATE OF WISCONSIN