UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

DARRICK JORDAN & HULDA JORDAN,
on behalf of themselves and all others
similarly situated,

        Plaintiffs

vs.                                          CASE NO: 08-C-0477
                                              NOTICE OF APPEARANCE

OCWEN LOAN SERVICING,

        Defendant.

---

      PLEASE TAKE NOTICE that Blommer Peterman, S.C. hereby enters an appearance in the above-captioned case on behalf Ocwen Loan Servicing, LLC. Blommer Peterman, S.C. demands that copies of all papers be served upon them at their offices located at 13700 W. Greenfield Avenue, Brookfield, Wisconsin 53005.

      Dated this 24th day of June, 2008.

                                                            BLOMMER PETERMAN, S.C.

                                                             /s/
                                                            By: Shannon K. Cummings
                                                            State Bar #1033710

13700 W. Greenfield Avenue
Brookfield, Wisconsin 53005
262-790-5719; 262-790-5721(fax)