UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

DARRICK JORDAN and HULDA JORDAN,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

        v.                                      Case No. 08-C-0477

OCWEN LOAN SERVICING, L.L.C.,

        Defendant.

---

NOTICE OF SCHEDULING CONFERENCE

        A Rule 16 scheduling conference in the above-referenced matter has been set for **Thursday, September 11, 2008, at 2:00 p.m.**, in Courtroom 222, United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.  Counsel with primary responsibility and authority to settle this case shall appear and be prepared to address any pending motions.

        Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable, meet to discuss the nature and basis of their claims and defenses, the possibilities for a prompt resolution of this case, and to arrange for the initial disclosures required by Rule 26(a)(1) and a proposed discovery plan.

        On or before **September 2, 2008**, the parties shall submit a joint written report outlining their discovery plan. Plaintiff's counsel bears the burden of filing the report with a copy to opposing counsel.  If plaintiff is appearing pro se, defendant's counsel shall

file the report. Parties unable to agree on the terms of a joint report shall file separate reports.

In addition to the discovery plan, the report shall include the following:

1. A brief statement of the nature of the case;

2. Whether the pleadings will be amended;

3. Whether parties will be joined;

4. The nature of discovery contemplated by each party and the amount of time it may take to complete discovery;

5. Motions contemplated;

6. The estimated trial length;

7. Whether a jury trial is requested;

8. Whether the parties consent to mediation;

9. Such other matters that affect scheduling for final disposition; and

10. A statement indicating that the parties have conferred regarding each of the above matters.

Failure on the part of counsel to participate knowledgeably in this conference may result in sanctions.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2008.

BY THE COURT

/s/ C.N. Clevert, Jr.
C. N. CLEVERT, JR.
U. S. DISTRICT JUDGE