JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CEM

FILED: AUGUST 4, 2008
08CV4591
JUDGE NORGLE

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

Darrick Jordan, et al. v. Ocwen Loan Servicing, LLC,  )
E.D. Wisconsin, C.A. No. 2:08-477  -08cv4591  )

MDL No. 1604

## CONDITIONAL TRANSFER ORDER (CTO-50)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 81 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG - 4 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUGUST 13, 2008



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                          312-435-5698

August 13, 2008

Jon W. Sanfilippo, Clerk of Court
Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202

Dear Clerk

**Re: MDL 1604 -- In re: " Ocwen Federal Bank FSB Mortgage Servicing Litigation "**

Your case number: 2:08-477 Darrick Jordan,  et al. vs Ocwen Loan Servicing, LLC

Our case number:    **08 cv 4591   - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from  the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Charles R. Norgle, Sr .

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins

Clerk

by:    Willie A. Haynes

Supervisor in Operations

Case 1:08-cv-04591    Document 11-2    Filed 08/13/2008    Page 2 of 2