CLOSED, TRANSFERRED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:08−cv−00477−CNC

Jordan et al v. Ocwen Loan Servicing LLC  
Assigned to: Judge Charles N Clevert, Jr  
Cause: 28:1331 Fed. Question  

Date Filed: 05/30/2008  
Date Terminated: 08/13/2008  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Darrick Jordan**  
*on behalf of himself and on behalf of all others similarly situated*

represented by **Jordan M Lewis**  
Siegel Brill Greupner Duffy &Foster PA  
1300 Washington Sq  
100 Washington Ave S  
Minneapolis, MN 55401  
215−814−9322  
Fax: 215−814−9323  
Email: jordanlewis@sbgdf.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael J Watton**  
Watton Law Group  
225 E Michigan St − Ste 550  
Milwaukee, WI 53202−4900  
414−273−6858  
Fax: 414−273−6894  
Email: jdrewicz@wattongroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hulda Jordan**  
*on behalf of herself and on behalf of all others similarly situated*

represented by **Jordan M Lewis**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael J Watton**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ocwen Loan Servicing LLC**

represented by **Shannon K Cummings**  
Blommer Peterman SC  
13700 W Greenfield Ave  
Brookfield, WI 53005−7115

262−790−5719  
Fax: 262−790−5721  
Email: shannon@blommerpeterman.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2008 | Ï 1 | CLASS ACTION COMPLAINT with Jury Demand (Summons(es) issued); Consent Forms Distributed for Magistrate Judge Gorence (Filing Fee PAID $350) (Attachments: # 1 Civil Cover Sheet)(vkb) |
| 06/02/2008 | Ï 2 | CERTIFICATE of Interest by Darrick Jordan, Hulda Jordan. (Watton, Michael) |
| 06/05/2008 | Ï 3 | Refusal to Jurisdiction by US Magistrate Judge by Darrick Jordan, Hulda Jordan. (Watton, Michael) |
| 06/09/2008 | Ï 4 | SUMMONS Returned Executed by Darrick Jordan, Hulda Jordan. Ocwen Loan Servicing LLC served on 6/4/2008, answer due 6/24/2008. (Watton, Michael) |
| 06/24/2008 | Ï 5 | *Defendant's* ANSWER to 1 Complaint by Ocwen Loan Servicing LLC.(Cummings, Shannon) |
| 06/24/2008 | Ï 6 | CERTIFICATE of Interest by Ocwen Loan Servicing LLC. (Cummings, Shannon) |
| 06/24/2008 | Ï 7 | CERTIFICATE OF SERVICE by Ocwen Loan Servicing LLC (Cummings, Shannon) |
| 06/24/2008 | Ï 8 | NOTICE of Appearance by Shannon K Cummings on behalf of Ocwen Loan Servicing LLC. Attorney(s) appearing: Shannon K. Cummings (Cummings, Shannon) |
| 06/26/2008 | Ï 9 | NOTICE of Scheduling Conference set for 9/11/08 at 02:00 PM in Courtroom 242 before Judge Charles N Clevert Jr. Joint discovery plan due 9/2/08. (cc: all counsel)((cef) C.N. Clevert, Jr.) (document added on 6/27/06 vkb) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 10 | Docket Annotation; Notice of Scheduling Conference attached to 9 and to this entry (vkb) |
| 08/13/2008 | Ï 11 | Conditional Transfer Order from MDL Panel to Transfer Case to Northern District of IL, Eastern Division. (Attachments: # 1 Letter) (cc: all counsel)(kah) (Entered: 08/14/2008) |
| 08/13/2008 | Ï | Certified copy of transfer order, certified copy of docket, and all electronic files sent to transfer court on 8/14/08. (kah) (Entered: 08/14/2008) |